IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE ALLEN-MURPHY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-3438 |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 25th day of September, 2025, upon consideration of Plaintiff Eunice Allen-Murphy's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and "Notice of Praecipe for Default Judgment" (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The "Notice of Praecipe for Default Judgment" is **STRICKEN**. The case has not yet been served.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**HON. MIA R PEREZ**